**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **SHAZIA GILL, *et al*.,** | : | |
| **Plaintiffs,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 26-0251** |
| | : | |
| **SAJIDA GILL,** | : | |
| **Defendant.** | : | |

### ORDER

AND NOW, this 13th day of July, 2026, upon consideration of Plaintiffs Shazia Gill and

Kashif Faheem Daniel's *pro se* Complaint (ECF No. 2), it is **ORDERED** that:

1.      For the reasons stated in the Court's Memorandum, the Complaint is **DISMISSED**

**WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

2.      The Clerk of Court is **DIRECTED** to **CLOSE** this case.


BY THE COURT:

**/s/ Hon. Kelley B. Hodge**
**KELLEY BRISBON HODGE, J.**